NUMBER 13-08-00429-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


IN THE INTEREST OF H.J.R.T., A CHILD

_____________________________________________________________


On appeal from the 135th District Court of De Witt County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment rendered against her in favor of
appellee. On October 14, 2008, the Clerk of this Court notified appellant that the clerk's
record in the above cause was originally due on August 19, 2008, and that the district clerk,
Tabeth Gardner, had notified this Court that appellant failed to make arrangements for
payment of the clerk's record. The Clerk of this Court notified appellant of this defect so
that steps could be taken to correct the defect, if it could be done. See Tex. R. App. P.
37.3(b), 42.3(b). Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed for want of
prosecution.

 On November 3, 2008, the Clerk of the Court notified appellant that she was
delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that
the appeal was subject to dismissal if the filing fee was not paid within ten days from the
date of receipt of this letter. See id. 42.3(c). 

 Appellant has failed to failed to respond to this Court's notices. Accordingly, the
appeal is DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b),(c). 

 

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 12th day of February, 2009.